IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ENRIQUE DIAZ,

    Plaintiff,                    No. 2:11-cv-2274 EFB P

    vs.

McCUE, et al.,

    Defendants.          <u>ORDER</u>

                           /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 14, 2013, the court granted plaintiff 30 days to file an amended complaint in accordance with the March 12, 2013 screening order. Thereafter, plaintiff filed a motion for contempt of court and sanctions, followed by a request for status. Dckt. Nos. 29, 30, 31. Plaintiff's motion for contempt and sanctions is four-pages, typed, and includes references to regulations as well an exhibit. Based upon this filing, plaintiff appears to have the resources he needs to file an amended complaint as ordered. The pending motion, however, is not responsive to the court's order, and must be denied, as there is no operative complaint in this action. *See* Fed. R. Civ. P. 3 (to properly commence a civil action, a plaintiff must file a signed complaint). Plaintiff's amended complaint remains due on June 13, 2013.

Dated: June 3, 2013.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE