UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>McCUE, et al.,<br><br>　　　　　Defendants. | No. 2:11-cv-2274-LKK-EFB P<br><br><br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On April 30, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Despite an extension of time granted to plaintiff, neither party filed timely objections to the findings and recommendations.  On July 3, 2014, this Court adopted the findings and recommendations and granted defendants' motion to dismiss, construed as a motion for summary judgment.  The same day, plaintiff's objections to the findings and recommendations were entered on the court's docket.

/////

1

In an abundance of caution, the Court will vacate the July 3, 2014 order adopting the findings and recommendations and reconsider them in light of plaintiff's objections. See Fed. R. Civ. P. 59(e) and 60(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case, including plaintiff's objections to the findings and recommendations of the magistrate judge.[1] Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that that the order entered on July 3, 2014, (ECF No. 51) adopting in full the findings and recommendations, granting defendants' motion to dismiss, construed as a motion for summary judgment, and entering judgment in their favor is CONFIRMED.

DATED: August 14, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because the focus of plaintiff's objections is on the fact that the magistrate judge applied Rule 56 summary judgment standards to defendants' motion to dismiss, the Court notes that the notice served with defendants' motion (ECF No. 42-4) provided plaintiff adequate information apprising him of the requirements for a response to a motion for summary judgment for failure to exhaust administrative remedies, including the crucial information that he could submit evidence including declarations bearing on his assertions of exhaustion and that the failure to do so could result in his case ending. Because that notice reasonably apprised plaintiff of his burden and his right to submit a declaration or other evidence, it satisfies the requirements of Rand v. Rowland, 154 F.3d 952, 961 (9th Cir. 1998) (en banc). See Stratton v. Buck, 697 F.3d 1004, 1006 (9th Cir. 2012) (requiring that the notice accompanying a failure to exhaust motion explain "the requirements for a response . . . and the consequence if the district court granted the motion"); Woods v. Carey, 684 F.3d 934, 938 (9th Cir. 2012) (citing Rand, 154 F.3d at 960-61, and requiring that the notice accompanying a summary judgment motion notify plaintiff of "his right to file counter-affidavits or other evidentiary material, that his failure to do so may result in summary judgment against him, and that his loss on summary judgment would terminate the litigation").